ENTERED ON DOCKET

OCT 06 2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | Case No. 10-79854-MGD |
| ) | |
| Alicia Saavedra, ) | Chapter 7 |
| ) | |
| Debtor. ) | Judge Diehl |
| ) | |
| Alicia Saavedra, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| US Bank, NA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. Section 522(f) and Bankruptcy Rule 4003(d). (Docket No. 16). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-2, N.D. Ga.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant Debtor is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. Section 522(b).

The clerk is directed to serve a copy of this Order upon Movant, Respondent, and their respective counsel.

**IT IS SO ORDERED**, at Atlanta, Georgia, this 5th day of October, 2010.

*Mary Grace Diehl*

MARY GRACE DIEHL
UNITED STATES BANKRUPTCY JUDGE